UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| B.A.P., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OVERTON COUNTY BOARD OF EDUCATION,<br><br>    Defendant. | Case No. 2:20-cv-00065<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

This matter is set for an initial case management conference on January 4, 2021, at 10:00 a.m. (Doc. No. 4.) The conference will be held by telephone. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate. Counsel need not and should not appear in person.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov. If the proposed order cannot be submitted on time, or if all parties have not yet appeared, plaintiff's counsel is responsible for contacting the Magistrate Judge's chambers to reschedule the conference.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge