IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION AT COOKEVILLE

| | | |
|---|---|---|
| B. A. P., a minor child by and through her parent, RICHARD PENKOSKI; and RICHARD PENKOSKI, as the parent and legal guardian of B. A. P., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:20-cv-65 Chief Judge Waverly Crenshaw, Jr. |
| OVERTON COUNTY BOARD OF EDUCATION, | ) ) ) | Magistrate Judge Alistair Newbern JURY DEMAND |
| Defendant. | ) ) | |

## UNOPPOSED MOTION TO RESCHEDULE
## SUBSEQUENT CASE MANAGEMENT CONFERENCE

Comes the defendant the Overton County Board of Education and moves to reschedule the subsequent case management conference presently scheduled on July 2, 2021 at 9:30 a.m. via teleconference (see Initial Case Management Order, d.e. No. 17). In support of this motion, defendant states:

1. Defendant's counsel is scheduled to be out of town from July 1, 2021 through July 5, 2021. This is a recent, family related development.

2. The plaintiffs do not oppose and have agreed to this requested rescheduling.

3. Defendant has coordinated with the other parties, and all are available on the following dates: July 8, 2021 after 10:00 a.m. CST and July 14, 2021 after 10:00 a.m. CST.

WHEREFORE, premises considered, defendant prays that the subsequent case management conference be rescheduled, at the Court's convenience, and for other relief.

Respectfully submitted.

/s/ Kenneth S. Williams
Kenneth S. Williams, Esq. (#10678)
**Madewell, Jared, Halfacre, Williams & Wilson**
230 N. Washington Ave.
Cookeville, TN 38501
Phone: (931) 526-6101
Fax: (931) 528-1909
Email: ken@madewelljared.com
*Attorney for Defendant*
*Overton County Board of Education*

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served, via the Court's ECF system, U.S. Postal Service, postage prepaid, and/or via facsimile or by email, a true and correct copy of the foregoing pleading upon counsel for all parties, as follows:

Kristin Fecteau Mosher
The Law Office of Kristin Fecteau
5543 Edmonson Pike
Nashville, TN 37211

David J. Markese
Frederick H. Nelson
American Liberties Institute
P. O. Box 547503
Orlando, FL 32854-7503

/s/ Kenneth S. Williams      6/23/2021
Attorney                                  DATED