UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| B.A.P, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OVERTON COUNTY BOARD OF EDUCATION, <br><br> Defendant. | Case No. 2:20-cv-00065 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

The case management order set on August 11, 2021, is CANCELLED and will be reset after the Court has resolved the pending motion to amend the complaint. The Court will address modifications to the case management order in the rescheduled conference.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge