IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| B. A. P., a minor child by and through her parent, RICHARD PENKOSKI; and RICHARD PENKOSKI, as the parent and legal guardian of B. A. P., <br><br> Plaintiffs, <br><br> v. <br><br> OVERTON COUNTY BOARD OF EDUCATION, <br><br> Defendant. | Case No. 2:20-cv-65 <br> Chief Judge Waverly Crenshaw Jr. <br> Magistrate Alistair Newbern <br> (JURY DEMAND ) |

## JOINT RESPONSE TO ORDERS (Doc. ## 36 and 38)

Plaintiffs, B.A.P., and Richard Penkoski (hereinafter "Plaintiffs"), and Defendant, Overton County Board of Education (hereinafter "Defendant"), by and through undersigned counsel, respectfully file this response in compliance with this Court's Orders (Doc. ## 36 and 38) and show as follows:

1. The parties have conferred in compliance with this Court's Orders and respond they elect to proceed under Case Number 2:20-cv-65.

2. The parties note that a procedural issue should be presented to the Court. If this Court dismisses Case Number 2:21-cv-34 with prejudice, the entry would create *res judicata* and potentially other procedural impediments to reaching the merits. The parties are concerned this would create additional litigation. The parties also would alert the Court that the two cases are not identical. Additional facts were added to Case Number 2:21-cv-34 regarding events in August 2021.

Respectfully submitted,

/s/Frederick H. Nelson
Frederick H. Nelson
Florida Bar No. 0990523
**American Liberties Institute**
P. O. Box 547503
Orlando, FL 32854-7503
Phone: (407) 786-7007
Fax: (877) 786-3573
Email: rick@ali-usa.org
*Counsel for Plaintiffs*
(Admitted *Pro Hac Vice*)

/s/ Kristin Fecteau Mosher
Kristin Fecteau Mosher (#19772)
**The Law Office of Kristin Fecteau**
5543 Edmonson Pike
Nashville, TN 37211
Phone: (615) 496-5747
Fax: (615) 691-7194
Email: kristin@fecteaulaw.com
*Local Counsel for Plaintiffs*

/s/Kenneth S. Williams
Kenneth S. Williams, Esq. (#10678)
**Madewell, Jared, Halfacre, Williams & Wilson**
230 N. Washington Ave.
Cookeville, TN 38501
Phone: (931) 526-6101
Fax: (931) 528-1909
Email: ken@madewelljared.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been forwarded via the court's ECF/CM system to:

Kristin Fecteau Mosher (#19772)
**The Law Office of Kristin Fecteau**
5543 Edmonson Pike
Nashville, TN 37211
Phone: (615) 496-5747
Fax: (615) 691-7194
Email: kristin@fecteaulaw.com
*Local Counsel for Plaintiffs*

Kenneth S. Williams, Esq. (#10678)
**Madewell, Jared, Halfacre, Williams & Wilson**
230 N. Washington Ave.
Cookeville, TN 38501
Phone: (931) 526-6101
Fax: (931) 528-1909
Email: ken@madewelljared.com
*Counsel for Defendant*

on this the 14th day of September, 2021.

/s/Frederick H. Nelson
Frederick H. Nelson
Florida Bar No. 0990523
**American Liberties Institute**
P. O. Box 547503
Orlando, FL 32854-7503
Phone: (407) 786-7007
Fax: (877) 786-3573
Email: rick@ali-usa.org
*Counsel for Plaintiffs*