UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| B.A.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> OVERTON COUNTY BOARD OF EDUCATION, et al., <br><br> Defendants. | Case No. 2:20-cv-00065 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

On November 3, 2021, Defendants Richard Melton and Stephen Henson filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). (Doc. No. 51.) As established by the amended case management order (Doc. No. 44), any response in opposition to the motion to dismiss must be filed within 21 days of the service of the motion. Any optional reply shall be filed within 7 days of the service of the response.

Any filings made related to the motion to dismiss, including motions for extensions of time or to exceed page limits, shall be decided by Chief Judge Crenshaw unless referred to the undersigned Magistrate Judge.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge