UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| B.A.P. et al., <br><br> Plaintiffs, <br><br> v. <br><br> OVERTON COUNTY BOARD OF EDUCATION, <br><br> Defendant. | Case No. 2:20-cv-00065 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

Defendants Richard Melton and Stephen Henson have moved for relief from certain case management deadlines. (Doc. No. 55.) Melton and Henson state that, after being named as defendants to this action on October 5, 2021, they were not served with process until October 20, 2021. On November 3, 2021, Melton and Henson filed a motion to dismiss Plaintiffs' amended complaint in which they assert qualified immunity and argue that Plaintiffs have failed to state claims against them on which relief may be granted. Melton and Henson ask the Court to stay their participation in discovery until the motion to dismiss is resolved and to reset the fact discovery deadline of December 10, 2021, and other case management deadlines as necessary. No other party opposes Melton and Henson's motion. (Doc. Nos. 56, 57.)

The motion is GRANTED. All discovery requiring Melton and Henson's participation is STAYED until the motion to dismiss (Doc. No. 51) is resolved. The December 10, 2021, deadline to conclude fact discovery is CONTINUED and will be reset in a case management conference after the motion to dismiss is resolved. Any outstanding discovery that does not require Melton and Henson's participation may continue during this time.

The parties shall request a case management conference with the Magistrate Judge no later than three days after the Court resolves Melton and Henson's motion to dismiss.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge