UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BAP, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )    No. 2:20-cv-00065 |
| | ) |
| OVERTON COUNTY BOARD OF EDUCATION, et al., | ) |
| | ) |
|    Defendants. | ) |

## ORDER

The Joint Motion for Clarification as to Continuance of Trial Date (Doc. No. 64) and Plaintiffs' Unopposed Motion for Continuance (Doc. No. 66) are **GRANTED.** The pretrial conference set for April 29, 2022 and trial date set for May 10, 2022 are CANCELLED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE