UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **B.A.P., et al.,** | ) |
| Plaintiffs, | ) ) ) |
| v. | ) NO. 2:20-cv-00065 |
| **OVERTON COUNTY BOARD OF EDUCATION, et al.,** | ) ) ) ) |
| Defendants. | ) |

## ORDER

In accordance with the accompanying Memorandum Opinion, Melton and Henson's Motion to Dismiss (Doc. No. 51) is **GRANTED IN PART** and **DENIED IN PART**. Specifically, it is **GRANTED** on Penkoski's personal claims against Melton and Henson, B.A.P.'s due process claim against Melton, and B.A.P.'s equal protection claim against Melton. These claims are **DISMISSED**. It is **DENIED** on B.A.P.'s First Amendment claims against Melton and Henson.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE