UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| B.A.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> OVERTON COUNTY BOARD OF EDUCATION, <br><br> Defendant. | Case No. 2:20-cv-00065 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

The Magistrate Judge held a telephone conference with counsel for the parties on December 15, 2022. Counsel reported their intent to file a motion to continue the trial date for Chief Judge Crenshaw's review. They shall file any such motion by December 22, 2022.

All discovery-related case management deadlines and the deadline to file a joint case resolution status report are CONTINUED and will be reset by separate order after Chief Judge Crenshaw rules on the anticipated motion to continue the trial date.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge