UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| B.A.P., a minor child by and through her parent, RICHARD PENKOSKI and RICHARD PENKOSKI, as the parent and legal guardian of B.A.P., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>OVERTON COUNTY BOARD OF EDUCATION, <br><br>　　　　Defendant. | NO. 2:20-cv-00065 |

## ORDER

Pending before the Court is the Plaintiffs' Unopposed Motion to Continue Trial (Doc. No. 84). The parties shall meet with Magistrate Judge Newbern to identify new target trial dates.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE