# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| B.A.P., a minor child by and through her parent, RICHARD PENKOSKI; and RICHARD PENKOSKI, as the parent and legal guardian of B.A.P., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:20-cv-00065 |
| OVERTON COUNTY BOARD OF EDUCATION, RICHARD MELTON, and STEPHEN HENSON, | ) ) ) ) | Chief Judge Waverly D. Crenshaw, Jr. Judge Alistair E. Newbern |
| Defendants. | ) | |

## JOINT MOTION TO REQUEST DISCOVERY CONFERENCE

Come now the parties, by and through counsel, and request a discovery conference with Judge Newbern in this case. The parties have conferred at length on discovery but have some issues that remain unresolved, including the possible need for a protective order concerning the 30(b)(6) deposition, and require judicial intervention in order to resolve.

WHEREFORE, the parties respectfully request this Court send the parties some dates that Judge Newbern is available to hold a conference and assist the parties in coming to a resolution on their disputes.

This 29th day of June, 2023.

Respectfully submitted,

/s/Frederick H. Nelson
Frederick H. Nelson
Florida Bar No. 0990523
**American Liberties Institute**
P. O. Box 547503

Orlando, FL 32854-7503
Phone: (407) 786-7007
Fax: (877) 786-3573
Email: rick@ali-usa.org *Counsel for Plaintiffs*
(Admitted *Pro Hac Vice*)


/s/Kristin Fecteau Mosher
Kristin Fecteau Mosher (#19772)
**The Law Office of Kristin Fecteau**
5543 Edmonson Pike, Suite 229
Nashville, TN 37211
Phone: (615) 496-5747
Fax: (615) 691-7194
Email: kristin@fecteaulaw.com
*Local Counsel for Plaintiffs*

/s/ Ken Williams
Kenneth S. Williams, Esq. (#10678)
**Wimberly Lawson Wright Daves & Jones, PLLC**
P.O. Box 655
Cookeville, TN 38503-0655
Phone: 931-372-9123
Fax: 931-372-9181
kwilliams@wimberlylawson.com
*Counsel for Defendant Overton County BOE*

/s/ Mary DeCamp
D. Scott Bennett, Esq. (#015988)
Mary C. Decamp, Esq. (#027182)
**Bennett & Decamp, Pllc**
735 Broad Street, Suite 214
Chattanooga, TN 37402
Phone: (423) 498-3789
Email: dsb@bennettdecamp.com
Email: mcd@bennettdecamp.com
*Counsel for Melton and Henson*