UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| B.A.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> OVERTON COUNTY BOARD OF EDUCATION, <br><br> Defendant. | Case No. 2:20-cv-00065 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

# ORDER

The Magistrate Judge held a discovery dispute conference with counsel for the parties on July 10, 2023, regarding issues raised in their July 6, 2023 discovery dispute statement (Doc. No. 95). Counsel were able to reach agreement as to all unresolved issues.

Defendant Overton County Board of Education shall identify the portions of individual witness depositions it proposes to adopt as Rule 30(b)(6) testimony to Plaintiff B.A.P. by July 19, 2023.

B.A.P. shall identify any emails or other communications that are the subject of Rule 30(b)(6) Deposition Topic 5 by the same date.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge