UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| B.A.P., a minor child by and through her parent, RICHARD PENKOSKI and RICHARD PENKOSKI, as the parent and legal guardian of B.A.P., <br><br> Plaintiffs, <br><br> v. <br><br> OVERTON COUNTY BOARD OF EDUCATION, <br><br> Defendant. | NO. 2:20-cv-00065 |

## ORDER

The parties have filed a Stipulation of Dismissal of Plaintiff's Request for Injunctive Relief and Declaratory Judgment (Doc. No. 96). Accordingly, the Request for Injunctive Relief and Declaratory Relief are **DISMISSED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE