IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| B.A.P., a minor child by and through her parent, RICHARD PENKOSKI; and RICHARD PENKOSKI, as the parent and legal guardian of B.A.P., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:20-cv-00065 |
| OVERTON COUNTY BOARD OF EDUCATION, RICHARD MELTON, STEPHEN HENSON, | ) ) ) ) | Chief Judge Waverly D. Crenshaw, Jr. Magistrate Judge Alistair E. Newbern and |
| Defendants. | | |

## MOTION FOR DISCOVERY SANCTIONS DUE TO SPOLIATION PURSUANT TO FRCP 37

Come now the Plaintiff, B.A.P., by and through counsel, and move this Honorable Court to grant the following relief pursuant to Federal Rule of Civil Procedure 37. For cause, Plaintiff would show this Honorable Court that Defendants have failed to respond to discovery, and failed to preserve critical electronically stored documents including emails and text messages, and with a culpable mind, destroyed some crucial documents. Such spoliation has caused prejudice to Plaintiff.

WHEREFORE, Plaintiffs respectfully request this Court to grant Plaintiff the relief sought in the accompanying Memorandum of Law, including reasonable attorneys' fees.

Respectfully submitted,

/s/Kristin Fecteau Mosher
Kristin Fecteau Mosher (#19772)
**The Law Office of Kristin Fecteau**
5543 Edmonson Pike, Suite 229
Nashville, TN 37211
Phone: (615) 496-5747
Fax: (615) 691-7194

1

Email: kristin@fecteaulaw.com
*Local Counsel for Plaintiffs*

Frederick H. Nelson
Florida Bar No. 0990523
**American Liberties Institute**
P. O. Box 547503
Orlando, FL 32854-7503
Phone: (407) 786-7007
Fax: (877) 786-3573
Email: rick@ali-usa.org
*Counsel for Plaintiffs*
(Admitted *Pro Hac Vice*)

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the forgoing has been sent via CM/ECF system to:

Ken Williams, Esq.
Wimberly Lawson Wright Daves & Jones
P.O. Box 655, Cookeville, TN 38503-0655
1420 Neal Street, Suite 201
Cookeville, TN 38501
ken@wimberlawson.com

Mary DeCamp, Esq.
Scott Bennett, Esq.
Bennett & DeCamp, PLLC
James Building
735 Broad Street, Suite 214
Chattanooga, TN 37402
dsb@bennettdecamp.com
mcd@bennettdecamp.com

This __18th__ day of August, 2023.

/s Kristin Mosher
Kristin Mosher