UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| B.A.P., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>OVERTON COUNTY BOARD OF EDUCATION,<br><br>  Defendant. | Case No. 2:20-cv-00065<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

### ORDER

The Magistrate Judge held a telephone conference with counsel for the parties on August 24, 2023, regarding issues raised in their joint discovery dispute statement (Doc. No. 107). For the reasons discussed in the conference, the Court ORDERS as follows:

By September 7, 2023, Plaintiffs' counsel shall respond to Defendant Melton and Henson's outstanding requests for production of documents 5, 6, and 7 with documentation sufficient to establish the date of Plaintiffs' move from Overton County to Wilson County and to request for production 8 in full. If no responsive documentation is available, Plaintiffs shall provide that response. Plaintiff shall respond to Defendant Overton County Board of Education's requests for admissions 1-5.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge