UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| B.A.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> OVERTON COUNTY BOARD OF EDUCATION, et al., <br><br> Defendants. | Case No. 2:20-cv-00065 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## ORDER

Defendants Henson and Melton's motion to withdraw their motion to compel discovery (Doc. No. 103) is GRANTED. The Clerk's Office is DIRECTED to terminate the motion.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge