UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| B.A.P., a minor child by and through her parent, RICHARD PENKOSKI; and RICHARD PENKOSKI, as the parent and legal guardian of B.A.P., <br><br> Plaintiffs, <br><br> v. <br><br> OVERTON COUNTY BOARD OF EDUCATION, RICHARD MELTON, and STEPHEN HENSON, <br><br> Defendants. | Case No. 2:20-cv-00065 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

**PLAINTIFFS' MOTION FOR RELIEF UNDER RULE 56(d) AND MOTION FOR EXTENSION OF DISPOSITIVE MOTION DEADLINE**

COME NOW PLAINTIFFS, B.A.P., by and through her parent, Richard Penkoski, and Richard Penkoski, (collectively "Plaintiffs"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 56(d), and hereby move this Court for an Order continuing consideration of the Motion for Summary Judgment filed by Defendants Richard Melton and Stephen Henson ("Defendants") (Doc. 116), pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, as well as other good cause. This motion is supported by the Declaration of Kristin Mosher, counsel of record in this matter ("Mosher Dec."), filed concurrently herewith and incorporated herein by this reference. Plaintiffs also move for an extension of the dispositive motion deadline currently set for October 6.

This motion is made on the grounds that, given the uncertain state of the pleadings and evidence in this case, as well as even who is a proper party, due to the pending Motion to Substitute Proper Party and Dismiss Richard Penkoski (Doc. 89) filed by Plaintiffs, as well as Plaintiffs'

pending discovery Motion for Sanctions Due to Spoliation of Evidence (Doc. 105), Plaintiffs cannot properly respond in opposition to Defendants' pending Motion for Summary Judgment since the Motion for Sanctions requests relief that, if granted, would actually moot Defendants' Motion, and alter the state of the Pleadings and/or evidence in the case.

For the same reasons, Plaintiffs would move this Court to extend the dispositive Motion deadline, currently set for October 6, 2023 (Doc. 87). Therefore, Plaintiffs respectfully request that this Court defer consideration of said Motion for Summary Judgment until the pending Motion to Dismiss/Substitute Proper Party and the pending discovery motion has been adjudicated.

A memorandum of law in support further explaining the facts behind this Motion is filed contemporaneously hereto.

## CONCLUSION

For all these reasons, Plaintiffs would ask this Honorable Court to grant this Motion, and stay the time for filing a response to Defendants' Motion for Summary Judgment until such time as the Court can reach adjudication of the pending Motion to Dismiss. Plaintiffs further ask that the dispositive motion deadline be extended until Plaintiffs' two pending motions can be resolved.

Respectfully submitted,

/s/ Kristin Fecteau Mosher

Kristin Fecteau Mosher, Esq.
Tennessee Bar No.: 19772
Local Counsel for Plaintiff
**The Law Office of Kristin Fecteau, PLLC**
5543 Edmonson Pike, Suite 229
Nashville, TN 37211
Telephone: (615) 496-5747
E-mail: kristin@fecteaulaw.com

/s/ Frederick H. Nelson<br>
Frederick H. Nelson, Esq.<br>
Florida Bar No.: 0990523<br>
Lead Trial Counsel for Plaintiff<br>
David J. Markese, Esq.<br>
Florida Bar No.: 0105041<br>
Co-counsel for Plaintiff<br>
**AMERICAN LIBERTIES INSTITUTE**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 26, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Ken Williams, Esq.
Wimberly Lawson Wright Daves & Jones
P.O. Box 655, Cookeville, TN 38503-0655
1420 Neal Street, Suite 201
Cookeville, TN 38501
ken@wimberlawson.com


Mary DeCamp, Esq.
Scott Bennett, Esq.
Bennett & DeCamp, PLLC
James Building
735 Broad Street, Suite 214
Chattanooga, TN 37402
dsb@bennettdecamp.com
mcd@bennettdecamp.com

This  26th  day of September, 2023.

/s Kristin Mosher<br>
Kristin Mosher