**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **B.A.P., a minor child by and through her parent, RICHARD PENKOSKI and RICHARD PENKOSKI, as the parent and legal guardian of B.A.P.,** | ) ) ) ) ) | |
| | ) | **NO. 2:20-cv-00065** |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | |
| **OVERTON COUNTY BOARD OF EDUCATION, RICHARD MELTON, and STEPHEN HENSON,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

Pending before the Court is Plaintiffs' Motion for Relief Under Rule 56(d) and Motion for Extension of Dispositive Motion Deadline (Doc. No. 119). An in-person status conference is set for **October 3, 2023,** at 9:00 a.m. at the United States Courthouse, Courtroom 6B, 719 Church Street, Nashville, TN 37203.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1