IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| Brielle Penkoski,<br><br>Plaintiff,<br><br>- against -<br><br>OVERTON COUNTY BOARD OF EDUCATION; RICHARD MELTON; and STEPHEN HENSON,<br><br>Defendants. | Case No.: 2:20−cv−00065<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>Magistrate Judge Alistair Newbern |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff, Brielle Penkoski, by and through counsel, and pursuant to Rule 56.01 of the Federal Rules of Civil Procedure, moves this Court for summary judgment against the Defendants. There are no genuine issues as to any material facts and Plaintiff is entitled to summary judgment as a matter of law. In support of this Motion, Plaintiff contemporarily files the following:

1. Memorandum of law in Support of Summary Judgment
2. Plaintiff's Statement of Undisputed Material Facts
3. Exhibit A – Excerpts from the Deposition of Brielle Penkoski
4. Exhibit B – Excerpts from the Deposition of Defendant Richard Melton
5. Exhibit C - Excerpts from the Deposition of Mark Winningham
6. Exhibit D – Excerpt from the Deposition of Richard Penkoski
7. Exhibit E – Excerpts from the Deposition of Defendant Stephen Henson
8. Exhibit F – Written Statement of Defendant Melton dated 8/2/20
9. Exhibit G – Unsworn Statement of Brielle Penkoski

10. Exhibit H – Melton's Responses to Request for Admissions

11. Exhibit I – Overton County BOE's Responses to Request for Admissions

12. Exhibit J - caselaw *Parents Defending Education v. Linn Mar Comm. Sch. Dist.* 22-2927 (8th Cir. Sept. 29, 2023).

WHEREFORE, Plaintiff respectfully requests this Court to grant Plaintiff the relief sought in the accompanying Memorandum of Law, including reasonable attorneys' fees pursuant to 42 U.S.C. § 1988, and direct entry of judgment pursuant to FRCP 56.

Respectfully submitted,

/s/Kristin Fecteau Mosher
Kristin Fecteau Mosher (#19772)
**The Law Office of Kristin Fecteau**
5543 Edmonson Pike, Suite 229
Nashville, TN 37211
Phone: (615) 496-5747
Fax: (615) 691-7194
Email: kristin@fecteaulaw.com
*Local Counsel for Plaintiffs*

Frederick H. Nelson
Florida Bar No. 0990523
**American Liberties Institute**
P. O. Box 547503
Orlando, FL 32854-7503
Phone: (407) 786-7007
Fax: (877) 786-3573
Email: rick@ali-usa.org
*Counsel for Plaintiffs*
(Admitted *Pro Hac Vice*)

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the forgoing has been sent via CM/ECF system to:

Ken Williams, Esq.
Wimberly Lawson Wright Daves & Jones
P.O. Box 655, Cookeville, TN 38503-0655
1420 Neal Street, Suite 201
Cookeville, TN 38501
ken@wimberlawson.com


Mary DeCamp, Esq.
Scott Bennett, Esq.
Bennett & DeCamp, PLLC
James Building
735 Broad Street, Suite 214
Chattanooga, TN 37402
dsb@bennettdecamp.com
mcd@bennettdecamp.com

This 6th day of October, 2023.

/s Kristin Mosher
Kristin Mosher