UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BRIELLE PENKOSKI,<br><br>  Plaintiff,<br><br>v.<br><br>OVERTON COUNTY BOARD OF EDUCTION, et al.<br><br>  Defendants. | Case No. 2:20-cv-00065<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Mediator John D. Kitch filed a report stating that the parties have resolved all claims in this matter except for the calculation of attorney's fees. (Doc. No. 145.) The parties are ORDERED to file a notice of status of the settlement and dismissal or make the necessary filings to terminate the resolved claims by January 8, 2024.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge