# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NORTHEASTERN DIVISION AT COOKEVILLE

| | | |
|---|---|---|
| BRIELLE PENKOSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-00065 |
| | ) | |
| OVERTON COUNTY BOARD OF | ) | Chief Judge Waverly D. Crenshaw, Jr. |
| EDUCATION, RICHARD MELTON, | ) | Magistrate Judge Alistair E. Newbern |
| and STEPHEN HENSON, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL
## OF THE INDIVIDUAL DEFENDANTS

**NOW COMES** the Plaintiff, Brielle Penkoski, pursuant to *Fed. R. Civ. P.* 41(a)(1)(A)(ii), and dismisses her claims against the Individual Defendants, Richard Melton and Stephen Henson, with prejudice, subject to the stipulation that the Individual Defendants will not seek fees or costs against Plaintiff.

Respectfully submitted,

**THE LAW OFFICE OF KRISTIN FECTEAU**

BY: /s/ *Kristin Fecteau Mosher (with permission)*
**KRISTIN FECTEAU MOSHER—TN BPR: 019772**
5543 Edmonson Pike, Suite 229
Nashville, TN 37211
Phone: (615) 496-5747
Email: kristin@fecteaulaw.com
*Local Counsel for Plaintiffs*

**FREDERICK H. NELSON**
Florida Bar No. 0990523
**American Liberties Institute**
P. O. Box 547503
Orlando, FL 32854-7503
Phone: (407) 786-7007
Email: rick@ali-usa.org
*Counsel for Plaintiffs*

**BENNETT & DECAMP, PLLC**

BY: /s/ *D. Scott Bennett*
    **D. SCOTT BENNETT – TNBPR: 015988**
    **MARY C. DECAMP – TNBPR: 027182**
    *Attorneys for Defendants Richard Melton and Stephen Henson, in their individual capacities*
    735 Broad Street
    Suite 214
    Chattanooga, TN 37402
    (423) 498-3789
    dsb@bennettdecamp.com
    mcd@bennettdecamp.com

**WIMBERLY LAWSON WRIGHT DAVES & JONES, PLLC**

BY: /s/ *Kenneth S. Williams (with permission)*
    **KENNETH S. WILLIAMS – TNBPR: 010678**
    **MARY DEE ALLEN – TNBPR: 015614**
    *Attorneys for Defendant Overton County Board of Education*
    P.O. Box 655
    1420 Neal Street, Suite 201
    Cookeville, TN 38503-0655
    (931) 372-9123
    kwilliams@wimberlylawson.com
    mallen@wimberlylawson.com

## CERTIFICATE OF SERVICE

I hereby certify that on **November 10, 2023**, the foregoing **Stipulation of Dismissal of the Individual Defendants** has been served via electronic mail through the Court's ECF system to the following:

Kristin Fecteau Mosher, Esq.
**The Law Office of Kristin Fecteau**
5543 Edmonson Pike
Suite 229
Nashville, TN 37211
Telephone: (615) 496-5747
E-mail: kristin@fecteaulaw.com
*Attorney for Plaintiff*

Frederick H. Nelson, Esq.
David J. Markese, Esq.
**American Liberties Institute**
P. O. Box 547503
Orlando, FL 32854-7503
Telephone: (407) 786-7007
Facsimile: (877) 786-3573
E-mail: rick@ali-usa.org
E-mail: dmarkese@ali-usa.org
*Attorneys for Plaintiff*

Kenneth S. Williams, Esq.
Mary Dee Allen, Esq.
**Wimberly Lawson**
**Wright Daves & Jones, PLLC**
P.O. Box 655
1420 Neal Street, Suite 201
Cookeville, TN 38503-0655
Telephone (931) 372-9123
kwilliams@wimberlylawson.com
mallen@wimberlylawson.com
*Attorneys for Defendant*
*Overton County Board of Education*

BY: /s/ *D. Scott Bennett*
**D. SCOTT BENNETT—TNBPR: 015988**
**MARY C. DECAMP – TNBPR: 027182**