UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **BRIELLE PENKOSKI,** | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:20-cv-00065 |
| **OVERTON COUNTY BOARD OF EDUCATION, RICHARD MELTON, STEPHEN HENSON,** | ) |
| Defendants. | ) |

## ORDER

The Plaintiff has filed a Stipulation of Dismissal of the Individual Defendants (Doc. No. 147) in regard to defendants Richard Melton and Stephen Henson. Accordingly, this action is **DISMISSED** against Richard Melton and Stephen Henson. Claims against Overton County Board of Education are still pending.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE