UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIELLE PENKOSKI,<br><br>    Plaintiff,<br>v.<br><br>OVERTY COUNTY BOARD OF<br>EDUCATION, et al.,<br><br>    Defendants. | Case No. 2:20-cv-00065<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

## ORDER

Plaintiff Brielle Penkoski and Defendant Overton County Board of Education filed a notice of the status of their settlement stating that the parties have not reached an agreement on attorney fees but anticipate reaching an agreement within thirty days. (Doc. No. 149.)

The parties are ORDERED to file a second notice of status of the settlement or to make the necessary filings to terminate the action by February 7, 2024.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge