UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIELLE PENKOSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:20-cv-00065 |
| | ) |
| OVERTON COUNTY BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Magistrate Judge Newbern has directed the parties to file the necessary filings to terminate this action by **February 7, 2024**. Accordingly, the pretrial conference set for February 9, 2024 is CANCELLED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE