IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BRIELLE PENKOSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-00065 |
| | ) |
| OVERTON COUNTY BOARD OF EDUCATION | ) Chief Judge Waverly D. Crenshaw, Jr. |
| | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL**

Come now the parties, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(ii), stipulate that all claims raised by Plaintiff against Overton County Board of Education are hereby dismissed with prejudice.

WHEREFORE, there are no remaining pending claims, Plaintiff requests the Court to dismiss this action with prejudice. The parties shall bear their own expenses, costs, and attorneys' fees, except as otherwise agreed upon by the parties.

This 7th day of February, 2024.

Respectfully submitted,

/s/Frederick H. Nelson
Frederick H. Nelson
Florida Bar No. 0990523
**American Liberties Institute**
P. O. Box 547503
Orlando, FL 32854-7503
Phone: (407) 786-7007
Fax: (877) 786-3573
Email: rick@ali-usa.org *Counsel for Plaintiffs*
(Admitted *Pro Hac Vice*)

/s/Kristin Fecteau Mosher
Kristin Fecteau Mosher (#19772)
**The Law Office of Kristin Fecteau**
5543 Edmonson Pike, Suite 229
Nashville, TN 37211
Phone: (615) 496-5747
Fax: (615) 691-7194
Email: kristin@fecteaulaw.com
*Local Counsel for Plaintiffs*


/s/ Mary Dee Allen
Kenneth S. Williams, Esq. (#10678)
Mary Dee Allen, Esq.
**Wimberly Lawson Wright Daves & Jones, PLLC**
P.O. Box 655
Cookeville, TN 38503-0655
Phone: 931-372-9123
Fax: 931-372-9181
kwilliams@wimberlylawson.com
*Counsel for Defendant Overton County BOE*