# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| **BRIELLE PENKOSKI,** | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:20-cv-00065 |
| **OVERTON COUNTY BOARD OF EDUCATION,** | ) |
| Defendant. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. No. 152). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE